MOTION FOR REVIEW OF AN ORDER ON ATTORNEY’S FEES
PER CURIAM.
We find no abuse of discretion in the conduct of the proceedings below, see Metropolitan Dade County v. Bermudez, 648 So.2d 197, 199 (Fla. 1st DCA 1994), or in the amount of the award of appellate attorney’s fees. See generally Crittenden Orange Blossom Fruit v. Stone, 514 So.2d 351 (Fla.1987); Spaulding v. Albertson’s, Inc., 610 So.2d 721 (Fla. 1st DCA 1992).
AFFIRMED.
ERVIN, DAVIS and BENTON, JJ., concur.